UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMNIRESPONSE, INC.,

    Plaintiff,

v.                                     Case No.  8:10-cv-2178-T-30TGW

MEDALLION INDUSTRIES, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #26).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear its own costs and attorney's fees.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2178.dismiss 26.wpd